UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


DANIEL HITCHCOCK, et al.,

      Plaintiffs,

v.                              CASE NO.: 8:13-cv-2581-T-23TBM

ALBERT J. SCIPIONE, et al.,

      Defendants.

_____/


**<u>ORDER</u>**

      United States Magistrate Judge McCoun recommends (Doc. 149) adjudicating liability as a sanction against Scipione because of Scipione's failure to comply with an assortment of court orders and his failure to otherwise defend.  More than seventeen days has passed without objection from Scipione.  The report and recommendation (Doc. 149) is **ADOPTED**.  The clerk will strike Scipione's answer and enter a default against Scipione.  No later than **AUGUST 8, 2014**, the plaintiffs may move for a default judgment by establishing through verified papers (affidavit, deposition, or the like) the amount of damages claimed against Scipione, the amount and source of each component of the damages, and the amount of any claim for

interest, costs, or fees.  If the damages are not either liquidated or readily susceptible to confident and simple calculation, a hearing on damages must occur.

ORDERED in Tampa, Florida, on July 23, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE